**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **United Canvas & Sling, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  UCS, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-1827490** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**511 Hoffman Road**
**Lincolnton, NC 28092**
Number, Street, City, State & ZIP Code

**Gaston**
County

**Mailing address, if different from principal place of business**

**PO Box 657**
**Lincolnton, NC 28093**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **ucsspirit.com** |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **United Canvas & Sling, Inc.**                                                   Case number (*if known*)
          Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3399__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | **United Canvas & Sling, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***     *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **United Canvas & Sling, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 25, 2020**
MM / DD / YYYY

**X** **/s/ John Fioretti**                              **John Fioretti**
Signature of authorized representative of debtor            Printed name

Title    **Representative for Receiver**

---

**18. Signature of attorney**

**X** **/s/ Andrew T. Houston**                  Date **August 25, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Andrew T. Houston 36208**
Printed name

**Moon Wright & Houston, PLLC**
Firm name

**121 West Trade Street
Suite 1950
Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone    **704-944-6560**    Email address    **ahouston@mwhattorneys.com**

**36208 NC**
Bar number and State

Debtor    **United Canvas & Sling, Inc.**

Name

Case number (*if known*)

---

| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Rounders Pit Foam, LLC** | Relationship to you | **Affiliate** |
| --- | --- | --- | --- |
| District | | When | Case number, if known | |
| Debtor | **Schwartz Family Properties North Carolina, LLC** | Relationship to you | **Affiliate** |
| District | | When | Case number, if known | |

## **CORPORATE RESOLUTION**

We, the undersigned, being the Receiver and court-appointed management of United Canvas & Sling, Inc. a corporation organized under the laws of the State of North Carolina (the "Company") having a corporate headquarters located at 511 Hoffman Road, Lincolnton. North Carolina 28092 do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the Receiver of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the Receiver of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the retention of ABTV Receivership Services, LLC ("ABTVRS"), as the Independent Manager with the sole authority to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that ABTVRS is authorized to retain on behalf of the Company such other professionals as it deems necessary or appropriate, upon such terms and conditions as it shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that ABTVRS is authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by ABTVRS prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

Dated: Charlotte, North Carolina
August 25, 2020

United Canvas & Sling, Inc.

By: _____

ABTV Receivership Services, LLC
By: Edward J. Sanz

**Fill in this information to identify the case:**

Debtor name        **United Canvas & Sling, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2020**          X **/s/ John Fioretti**
                                            Signature of individual signing on behalf of debtor

                                            **John Fioretti**
                                            Printed name

                                            **Representative for Receiver**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **United Canvas & Sling, Inc.** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AEGIS LOGISTICS GROUP**<br>**6115 Park South Drive**<br>**Suite 110**<br>**Charlotte, NC 28210** | | | | | | **$45,940.56** |
| **CAPITOL FOAM PRODUCTS**<br>**75 East Union Avenue**<br>**East Rutherford, NJ 07073** | | | | | | **$509,797.66** |
| **FEDEX**<br>**PO Box 371461**<br>**Pittsburg, PA 15250-7461** | | | | | | **$48,486.12** |
| **FEDEX FREIGHT**<br>**PO Box 223125**<br>**Pittsburg, PA 15250-2125** | | | | | | **$84,224.60** |
| **HIGHLAND FOAM, INC.**<br>**PO Box 575**<br>**Conover, NC 28613** | | | | | | **$200,131.84** |
| **INTERNAL REVENUE SERVICE**<br>**PO Box 742562**<br>**Cincinnati, OH 45280-2562** | | | | | | **$587,655.00** |
| **JONATHAN HOWARD**<br>**23 Whalen Court**<br>**West Orange, NJ 07052** | | | | | | **$42,722.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **United Canvas & Sling, Inc.** | | Case number *(if known)* | |
|--------|--------------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LUBBOCK CHRISTIAN UNIVERSITY** 5601 19th Street Lubbock, TX 79407 | | | | | | **$62,928.00** |
| **MONTGOMERY BELL ACADEMY** 4001 HARDING ROAD NASHVILLE, TN 37205 | | | | | | **$32,665.00** |
| **NAVIKE LLC** 2900 CHANTILLY AVE Kissimlee, FL 34241 | | | | | | **$104,600.00** |
| **NC DEPT OF REVENUE** PO Box 25000 Raleigh, NC 27640 | | | | | | **$163,733.31** |
| **PENNEX ALUMINUM COMPANY** 50 Community Street Wellsville, PA 17365 | | | | | | **$46,894.51** |
| **PLAYTECK ENTERPRISES** 3115 PRINCIPAL AVENUE WEST DIEPPE, NB E1A 0X7, Canada | | | | | | **$79,965.00** |
| **SAIA** PO Box 730532 Dallas, TX 75373-0532 | | | | | | **$31,288.91** |
| **SEATTLE TEXTILES** 3434 2nd Ave, South Seattle, WA 98134 | | | | | | **$47,235.90** |
| **STATE OF CALIFORNIA** PO Box 942879 Sacramento, CA 94279-0001 | | | | | | **$109,115.00** |
| **THE CREATIVE GROUP** 12400 Collections Center Drive Chicago, IL 60693 | | | | | | **$39,739.71** |
| **UBER FREIGHT LLC** PO Box 74007178 Chicago, IL 92580-6944 | | | | | | **$35,412.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **United Canvas & Sling, Inc.**                                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UNITED HEALTHCARE Dept CH10151 Palatine, IL 60055-0154** | | | | | | **$50,038.09** |
| **VALUE VINYLS 301 E Trinity Blvd Grand Prairie, TX 75050** | | | | | | **$77,675.75** |

# United States Bankruptcy Court
## Western District of North Carolina

In re    **United Canvas & Sling, Inc.**          Case No. _____

                                  Debtor(s)         Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Larry Schwartz**<br>**c/o United Canvas & Sling, Inc.**<br>**511 Hoffman Road**<br>**Lincolnton, NC 28092** | | **50%** | |
| **The Estate of Jeffrey Schwartz**<br>**12 Tulip Tree Lane**<br>**Alpine, NJ 07620** | | **50%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Representative for Receiver** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **August 25, 2020**                  Signature   **/s/ John Fioretti**

                                                       **John Fioretti**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re    **United Canvas & Sling, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Representative for Receiver of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 25, 2020**

**/s/ John Fioretti**

**John Fioretti/Representative for Receiver**
Signer/Title

3070 State Highway
3070 STATE HWY
Fort Mill, SC 29708


AAA GARAGE DOORS
1004 Jonathan Drive
Bessemer City, NC 28016


AADVANTAGE AVIATOR BUSINESS(3496/9511)(Z
PO Box 23066
Columbus, GA 31902-3066


ABTV RECEIVERSHIP SERVICES LLC
6100 Fairview Rd
Suite 565
Charlotte, NC 28210


ACTION PLUS IDEAS
5222 Monroe Road
Charlotte, NC 28205


ADAM SCHWARTZ
215 E 68th Street
Apt 16K
New York, NY 10065


AEGIS LOGISTICS GROUP
6115 Park South Drive
Suite 110
Charlotte, NC 28210


AIRGAS USA, LLC
2433 N Chester St
Gastonia, NC 28052


ALLIED CASTER & EQUIPMENT CO.
PO Box 11583
Charlotte, NC 28220


ALRO STEEL CORP
Dept 771478 PO Box 77000
Detroit, MI 48277-1478

ALSTON & BIRD LLP
PO Box 933124
Atlanta, GA 31193-3124

ANAHEIM DUCKS
Great Park Ice/ Five Points Arena
888 Ridge Valley
Irvine, CA 92618

APTEAN
PO Box 7437222
Atlanta, GA 30374-3722

AQUESTA BANK
19510 Jetton Rd
Cornelius, NC 28031

ARMOR FIRE SERVICES, LLC
1143 Kelly Road
Mt. Holly, NC 28120

AT&T (831-000-6509-822)
PO Box 5014
Carol Stream, IL 60197-5014

ATLETISMO Y MAS, S.A. DE C.V.
Florencia 2865 Lomas De Providencia
Guadalajara
Jalisco, Mexico 44647-0000

AUPTIX, INC
DEPT LA 24808
Pasadena, CA 91185

BALBOA CAPITAL
15279 N Scottsdale Rd
Suite B245
Scottsdale, AZ 85254

BARTA TRANSFER PRINT TECHNOLOGY
624 Holly Springs Rd
Suite 311
Holly Springs, NC 27540

BERMUDA NATIONAL ATHLETICS ASSOCIATION
48 CEDAR AVENUE
PEMBROKE, HM 12, Bermuda


BLOCK DIVISION INC
PO Box 6115
McKinney, TX 75071-6115


BLUE GRANITE CLIMBING GYM
1071 STOCKTON AVE
SOUTH LAKE TAHOE, CA 96150


BOSS SAFETY PRODUCTS
30061 Comercio, Unit B
Rancho Santa Margarita, CA 92688


BOULDER ROCK CLUB
2829 MAPLETON AVE
BOULDER, CO 80301


BRUNEI DARUSSALAM ATHLETICS FEDERATION (
ROOM NO 4, PEJABAT
PERSATUAN-PERSATUAN, SUKAN KEBANGSAAN
HASSANAL BOLKIAH BERAKAS, BRUNEI


CAPITOL FOAM PRODUCTS
75 East Union Avenue
East Rutherford, NJ 07073


CARIBEX WORLDWIDE
PO Box 35668
Greensboro, NC 27425-5668


CAROMONT OCCUPATIONAL MEDICINE
PO Box 1747
Gastonia, NC 28053-1747


CAVALIER INC
PO Box 11171
Norfolk, VA 23517


CHOICE BRANDS ADHESIVES, LTD
666 Redna Terrace
Cincinnati, OH 45215

CHRIS LEE
1012 4TH AVE SE
SIDNEY, MT 59270


CLARKE & CO LOGISTICS LLC
PO Box 610028
Dallas, TX 75261-0028


CLELL WADE COACHES DIRECTORY, INC.
PO Box 177
Cassville, MO 65625


CLEVELAND CLINIC CHILDREN'S HOSPITAL
2801 MLK DR
Cleveland, OH 44104


COMMUNITY EYE CARE
2359 Perimeter Pointe Pkwy
Suite 150
Charlotte, NC 28208


CRC MACHINE & FABRICATION
4375 Dallas Cherryville Hwy
Bessemer City, NC 28016


CRITICAL TOOL
97400 Eagle Way
Chicago, IL 60678-9740


DELL BUSINESS CREDIT
PO Box 5275
Carol Stream, IL 60197-5275


DELTA DENTAL OF NORTH CAROLINA
4242 Six Forks Road
Suite 970
Raleigh, NC 27609


DERO ENTERPRISES, INC.
9960 Avenue Plaza
Montreal-Nord, Quebec, CA H1H 4L6


DIAMOND TOOL
2800 Grays Ferry Ave
Philadelphia, PA 19146

DIVERSIFIED FOAM INC
PO Box 1358
Yadkinville, NC 27055


DUKE ENERGY (1470070675)
PO Box 70516
Charlotte, NC 28272-0516


DUKE ENERGY (1605906118)
PO Box 70516
Charlotte, NC 28272-0516


DUKE ENERGY (1984647614)
PO Box 70516
Charlotte, NC 28272-0516


DUNLAP INDUSTRIES, INC.
9621 Dayton Place
Soddy Daisy, TN 37379


EARLE M JORGENSEN COMPANY
4015 Westinghouse Blvd
Charlotte, NC 28273


EASTERN METAL SUPPLY, INC.
2925 Stewart Creek Blvd
Charlotte, NC 28216


ECHO GLOBAL LOGISTICS INC
22168 Network Place
Chicago, IL 60673-1221


EXXON MOBIL
PO Box 688938
Des Moines, IA 50368-8938


FABRICATING MACHINERY SALES, INC.
PO Box 26117
Greenville, SC 29616


FEDEX
PO Box 371461
Pittsburg, PA 15250-7461

FEDEX FREIGHT
PO Box 223125
Pittsburg, PA 15250-2125


FEDEX TRUCKLOAD BROKERAGE/CUSTOM CRITICA
PO Box 645123
Pittsburg, PA 15264-5123


FORWARD BROKERAGE LLC
PO Box 310
Altoona, PA 16603


FRANKFURT KURNIT KLEIN & SELZ PC
488 Madison Avenue
New York, NY 10022


GASTON COUNTY TAX COLLECTOR
128 West Main Avenue
PO Box 1578
Gastonia, NC 28053


GENESIS CAPITAL GROUP
17551 Gillette Avenue
Irvine, CA 92614


GLOBALTRANZ
PO Box 203285
Dallas, TX 75320-3285


GSA
PO Box 979009
St. Louis, MO 63197-9009


GYMCO SPORTS LTD
7F, NO. 196-2, SEC. 3, TATUNG RD.
HSI-CHIH DIST
NEW TAIPEI CITY, TAIWAN


HALCO USA
20269 Mack Street
Hayward, CA 94545

HAMILTON STEPHENS STELLE & MARTIN, PLLC
201 South College Street
Suite 2020
Charlotte, NC 28244-2020


HIBCO PLASTICS,INC
1820 US 601 Hwy
PO Box 157
Yadkinville, NC 27055


HIGHLAND FOAM, INC.
PO Box 575
Conover, NC 28613


HYDRO EXTRUSIONS/SAPA
PO Box 3573
Carol Stream, IL 60132-3573


INDUSTRIAL REPAIR SERVICE,INC
2650 Business Drive
Cumming, GA 30028


INET45 BUSINESS SOLUTIONS
7422 Carmel Executive Park
Suite 106
Charlotte, NC 28226


INFINISOURCE
15 E Washington Street
PO Box 889
Coldwater, MI 49036-0889


INTERNAL REVENUE SERVICE
PO Box 742562
Cincinnati, OH 45280-2562


JASON SCHWARTZ
7029 Garden Terrace Ct
Charlote, NC 28210


JOHNSON CONTROLS
PO Box 371967
Pittsburg, PA 15250-7967

JOMA (PROPERTIES) LTD.
171 Main St
Road Town, Tortola VG
, British Virgin Isaln 01110-0000


JONATHAN HOWARD
23 Whalen Court
West Orange, NJ 07052


KANSAS STATE UNIVERSITY
1800 COLLEGE AVENUE
MANHATTAN, KS 66502


KEYSTONE MANUFACTURING & SUPPLY CO.
4696 Springside Court
Allentown, PA 18104


KING OF FREIGHT
110 S Main Street, Suite 300
Wichita, KS 67202


KONECRANES
PO Box 644994
Pittsburg, PA 15264-4994


LAIRD PLASTICS
6100 Harris Technology Blvd
Suite F
Charlotte, NC 28269


LAWRENCE SCHWARTZ
1201 MARLWOOD TERRACE
Charlotte, NC 28209


LEADING EDGE GYMNASTICS
1500 Industry Street
STE. 300
Everett, WA 98203


LEWIS SYSTEM & SERVICE, INC.
3702 Boren Drive
Greensboro, NC 27407

LF WORLDWIDE TRANSPORT LLC
13000 South Tryon St.
Suite F-246
Charlotte, NC 28278


LIBERTY MUTUAL (5-291114-0001)
PO Box 1449
New York, NY 10116-1449


LINCOLN COUNTY FABRICATORS, INC.
513 Jason Road
Lincolnton, NC 28092


LINK COLOR N.A., INC.
23C Poplar Street
East Rutherford, NJ 07073


LIVINGSTON INTERNATIONAL INC
6700 Cote De Liesse Bureau 300
Montreal, Quebec, CA H4T 2B5


LUBBOCK CHRISTIAN UNIVERSITY
5601 19th Street
Lubbock, TX 79407


MAPCARGO GLOBAL LOGISTICS
2501 Santa Fe Ave
Redondo, CA 90278


Mark Knudsen
506 Latimer Circle
Campbell, CA 95032


MARKSTAAR
PO Box 6807
Scarborough, ME 04070


MARLIN BUSINESS BANK
PO Box 13604
Philadelphia, PA 19101-3604


MCGUIREWOODS LLP
800 E Canal Street
Richmond, VA 23219-3916

MCMASTER-CARR SUPPLY CO.
PO Box 7690
Chicago, IL 60680-7690


MDR
PO Box 75174
Chicago, IL 60675-5174


MICHAEL CHAPPELL
935 Pineridge Drive
Reno, NV 89509


MICHAEL DAVID BLOUNT
171 Nathan Ridge Lane
Gadsden, SC 29052


MIDWEST SPECIALITIES INC/FLEXARM/FLEXCNC
705 Commerce Drive
Wapakoneta, OH 45895


MONTGOMERY BELL ACADEMY
4001 HARDING ROAD
NASHVILLE, TN 37205


MOORE & VAN ALLEN, PLLC
PO Box 198743
Atlanta, GA 30384-8743


MSC
PO Box 953635
St. Louis, MO 63195-3635


MSC/CLASS C SOLUTIONS GROUP
PO Box 78845
Milwaukee, WI 53278-8845


MURRAY CITY SCH DIST
5102 Commerce Dr
Murray, UT 84107


NAVIKE LLC
2900 CHANTILLY AVE
Kissimlee, FL 34241

NC DEPT OF REVENUE
PO Box 25000
Raleigh, NC 27640


NETFORTRIS ACQUISITION CO., INC
Dept 111017
PO Box 150498
Hartford, CT 06115-0498


NEW NEVADA PLASTICS
2180 Meridian Blvd
Minden, NV 89423


OLYMPIC FOREST PRODUCTS
2200 Carnegie Avenue
Cleveland, OH 44115


P3 COST ANALYSTS
3589 N Shiloh Drive, Suite 3
Boc 44
Fayetteville, AR 72703


PAIHO NORTH AMERICA
16051 El Prado Road
Chino, CA 91708


PALZIV NORTH AMERICA
7966 NC Hwy 56 W
Louisburg, NC 27549


PENNEX ALUMINUM COMPANY
50 Community Street
Wellsville, PA 17365


PENSKE TRUCK LEASING CO. LP
PO Box 532658
Atlanta, GA 30353-2658


PEOPLE READY
PO Box 641034
Pittsburg, PA 15264-1034


PIEDMONT CORRUGATED SPECIALTY CO?
PO Box 68
Valdese, NC 28690

PIEDMONT MACHINE & MANUFAACTURING
22 Carpenter St, NW
Concord, NC 28027


PITNEY BOWES GLOBAL FINANCIAL SERVICES L
PO Box 371887
Pittsburg, PA 15250-7887


PLAYTECK ENTERPRISES
3115 PRINCIPAL AVENUE WEST
DIEPPE, NB E1A 0X7, Canada


POTTER & COMPANY, P.A.
114 North Church Street
Monroe, NC 28112


PROFILE CUSTOM EXTRUSIONS, LLC
100 Anderson Road SW
Rome, GA 30161


QUALITY FASTENERS,INC.
PO Box 12533
Gastonia, NC 28052


QYCELL CORPORATION
600 South Etiwanda Ave
Ontario, CA 91761


R & L CARRIERS, INC
600 Gillam Road
Wilmington, OH 45177-0271


R.S. HUGHES
1100 Corporation Pkwy
Raleigh, NC 27610


RANDSTAD NORTH AMERICA INC
PO Box 742689
Atlanta, GA 30374


RED CLASSIC
PO Box 602549
Charlotte, NC 28260-2549

RELIANCE STANDARD LIFE INSURANCE CO
PO Box 3124
Southeastern, PA 19398-3124

REPUBLIC SERVICES
PO Box 9001099
Louisville, KY 40290-1099

RODECO COMPANY
5811 Elwin Buchanan Drive
Sanford, NC 27330

Rounders Pit Foam LLC
511 Hoffman Road
Lincolnton, NC 28092

SABA ADHESIVES & SEALANTS
2737 Wadhams Road
Kimball, MI 48074

SABIC INNOVATIVE PLASTICS
44 Norman Road
PO Box 2004
Cobourg, Ontario, CA K9A 4L7

SAFETY-KLEEN SYSTEMS, INC
2600 North Central Expressway
Ste 400
Richardson, TX 75080

SAIA
PO Box 730532
Dallas, TX 75373-0532

SAN DIEGO COMMUNITY COLLEGE DIST
3375 Camino Del Rio South
San Diego, CA 92108-3883

SAN DIEGUITO HIGH SCHOOL
800 Santa Fe Dr
Encinitas, CA 92024

Schwartz Family Properies
511 Hoffman Road
Lincolnton, NC 28092

SEATTLE TEXTILES
3434 2nd Ave, South
Seattle, WA 98134


SENTRY INSURANCE
PO Box 8048
Stevens Point, WI 54481-8048


SHIELD ENGINEERING
4301 Taggart Creek Road
Charlotte, NC 28208


SHRUM MACHINE WORKS
3268 Summerroe Road
Lincolnton, NC 28092


SOUTHEASTERN FREIGHT LINES
PO Box 100104
Columbia, SC 29202-3104


SOUTHWEST CARGO
PO Box 97390
Dallas, TX 75397


SPANTEK EXPANDED METAL
352 N Generals Blvd
Lincolnton, NC 28092


SPARCON INC.
PO Box 160848
Boiling Springs, SC 29316


SPEED ELITE
3121 Heyward Street
Columbia, SC 29205


ST. CATHERINE ACADEMY
760 Tahmor Dr
Fairfield, CT 06825


STACY DRAGILA
1035 North Justin Place
Meridian, ID 83646

STAPLES BUSINEES ADVANTAGE
PO Box 105638
Atlanta, GA 30348-5638


STAR EXTRUDED SHAPES INC
PO Box 72260
Cleveland, OH 44192-2260


STATE OF CALIFORNIA
PO Box 942879
Sacramento, CA 94279-0001


SUNWALL INTERNATIONAL LIMITED
Flat Q, 5F, Block 4, Kwun Tong Industria
436-446 Kwun Tong Road
Kowloon, Hong Kong


SYARIKAT GERAK MAJU
NO. 1411, JALAN STUTONG 20A
TABUAN JAYA BARU 2
KUCHING, SARAWAK 93350, MALAYSIA


TATUM ISD
510 Crystal Farms Rd
Tatum, TX 75691


TCF Equipment Finance
PO Box 77077
Minneapolis, MN 55480


THE CREATIVE GROUP
12400 Collections Center Drive
Chicago, IL 60693


THE HARTFORD
PO Box 660916
Dallas, TX 75266-0916


THE LOCAL GOVERNMENT PURCHASING COOPERAT
PO Box 975110
Dallas, TX 75397-5110


THE STANDARD (00 138995 0001)
PO Box 5676
Portland, OR 97228-5676

TRIMECH SOLUTIONS LLC
4461 Cox Road
Glen Allen, VA 23060


TRUMPF INC.
Dept 135, PO Box 150473
Hartford, CT 06115-0473


UBER FREIGHT LLC
PO Box 74007178
Chicago, IL 92580-6944


UFP SALISBURY,LLC
5631 S NC HWY 62
Burlington, NC 27215-9025


ULINE
PO Box 88741
Chicago, IL 60680-1741


UNITED HEALTHCARE
Dept CH10151
Palatine, IL 60055-0154


UPS FREIGHT
PO Box 650690
Dallas, TX 75265-0690


USA TEAM HANDBALL
1 Olympic Plaza
Colorado Springs, CO 80909


USTFCCCA
1100 Poydras St, Suite 1750
New Orleans, LA 70163


VALCO/VALLEY TOOL & DIE, INC.
10020 York-Theta Drive
North Royalton, OH 44133


VALUE VINYLS
301 E Trinity Blvd
Grand Prairie, TX 75050

VERIZON WIRELESS (382574928-00001)
PO Box 15062
Albany, NY 12212-5062


VIRGINIA POLYTECHNIC INSTITUTE AND STATE
300 TURNER STREET NW
NORTH END CENTER SUITE 3300
BLACKSBURG, VA 24061


WATER TECH LABS, INC.
PO Box 1056
Granite Falls, NC 28630


WM. C. REYNOLDS CO., INC.
PO Box 2068
Hickory, NC 28603


WOODLAWN SCHOOL
PO Box 549
Davidson, NC 28036


YAFFA LUKASH
33 Wildwood Drive
Great Neck, NY 11024


ZACHARY SCHWARTZ
618 Penn St
Charlotte, NC 28203

# United States Bankruptcy Court
## Western District of North Carolina

In re    **United Canvas & Sling, Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **United Canvas & Sling, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 25, 2020**

Date

**/s/ Andrew T. Houston**

**Andrew T. Houston 36208**

Signature of Attorney or Litigant

Counsel for    **United Canvas & Sling, Inc.**

**Moon Wright & Houston, PLLC**
**121 West Trade Street**
**Suite 1950**
**Charlotte, NC 28202**
**704-944-6560 Fax:704-944-0380**
**ahouston@mwhattorneys.com**